IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01227-MSK

MICROSOFT CORPORATION, a Washington corporation,

  Plaintiff,

v.

THE TORO GROUP, INC., a Colorado corporation doing business as Axess Computers;
THOMAS STOCKWELL, an individual,

  Defendants.

## ORDER OF RECUSAL

  **THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

  Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court.

  DATED this 13th day of June, 2008.

         **BY THE COURT:**

         *Marcia S. Krieger*

         Marcia S. Krieger
         United States District Judge