IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01227-WYD-BNB

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

THE TORO GROUP, INC., a Colorado corporation d/b/a AXESS COMPUTERS; and THOMAS STOCKWELL, an individual,

    Defendants.

## ORDER RE: STIPULATED MOTION FOR ADMINISTRATIVE CLOSURE

THE COURT having reviewed the Stipulated Motion for Administrative Closure, the file in this matter and being fully advised in the premises does hereby ORDER that this action be administratively closed pursuant to D.C.Colo.L.CivR 41.2, subject to reopening for good cause, and that good cause shall include a Party's failure to satisfy its payment obligations pursuant to the parties' settlement agreement. The Clerk of the Court shall administratively close this case in accordance with this order.

    Dated this 6th day of October, 2008.

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL,
                      UNITED STATES DISTRICT JUDGE